**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States v. Willilams      Case Number: 18 CR 149-2

An appearance is hereby filed by the undersigned as attorney for:

Michelle Jamison

Attorney name (type or print): Donna Rotunno

Firm: Law Office of Rotunno & Giralamo

Street address: 140 South Dearborn Street, Suite 411

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6272964           Telephone Number: 312-663-4644
(See item 3 in instructions)

Email Address: law1127@yahoo.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/22/18

Attorney signature:    S/ Donna Rotunno
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015